DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2711
Email: melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSEPH AMATO

01 CR 058 (LTS)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel regarding restitution matters in the above-captioned cause.

Dated:      December 12, 2024
            New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:      */s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2711
E-mail: melissa.childs@usdoj.gov